UNITED STATES COURT OF APPEALS
For the Eleventh Circuit

_____

No. 14-11258

_____

District Court Docket No.
1:11-cv-04365-ODE

FELICIA A. WILCOX,

                Plaintiff - Appellant,

versus

CORRECTIONS CORPORATION OF AMERICA,
a.k.a. McRae Correctional Facility,

                Defendant - Appellee.

_____

Appeal from the United States District Court for the
Northern District of Georgia

_____

JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 11, 2015
For the Court: Amy C. Nerenberg, Acting Clerk of Court
By: Djuanna Clark

ISSUED AS MANDATE 05/29/2015