UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. - Atlanta
JUN 03 2015
James N. Hatten, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| Felicia A. Wilcox, | |
| Plaintiff, | CIVIL ACTION FILE |
| vs. | NO. 1:11-cv-4365-ODE |
| Corrections Corporation of America a/k/a McRae Correctional Facility, | |
| Defendant. | |

## O R D E R

The mandate of the United States Court of Appeals having been read and considered, it is

**Ordered and Adjudged** that the mandate of the United States Court of Appeals be and it hereby is made the judgment of this Court.

Dated at Atlanta, Georgia this ___3___ day of ___June___, 2015.

_____
UNITED STATES DISTRICT JUDGE